UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| ANTHONY LAMONT ROBINSON, a/k/a Mustafa El-Min, | ) ) ) |
| Movant, | ) ) |
| vs. | ) No. 4:04CV1771-SNL ) |
| UNITED STATES OF AMERICA, | ) ) |
| Respondent. | ) ) |

## JUDGMENT

**IT IS HEREBY ORDERED** that movant's motion under 28 U.S.C. § 2255 to Vacate, Set Aside or Correct Sentence by a Person in Federal Custody is **DENIED**.

Dated this  13th  day of June, 2005.

_____
SENIOR UNITED STATES DISTRICT JUDGE