UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| ANTHONY LAMONT ROBINSON, a/k/a Mustafa El-Min, | ) ) ) |
| Movant, | ) ) |
| vs. | ) No. 4:04CV1771-SNL ) |
| UNITED STATES OF AMERICA, | ) ) |
| Respondent. | ) ) |

## *ORDER*

After review of the entire file in this matter and all of the notes of this Court, the Court finds that a certificate of appealability should not be granted to Anthony Lamont Robinson, a/k/a Mustafa El-Min.

**IT IS THEREFORE ORDERED** that defendant's request for a Certificate of Appealability is **DENIED**.

Dated this   12th   day of July, 2005.

_____
SENIOR UNITED STATES DISTRICT JUDGE